IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALBERTO CADENA,                                              07-CV-1741-BR

      Plaintiff,                                          JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

      Defendant.


**TIM D. WILBORN**
Wilborn Law Office, P.C.
P.O. Box 2768
Oregon City, OR  97045
(503) 632-1120

      Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITTANIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1  -  JUDGMENT

**DAVID MORADO**
Office of the General Counsel
**THOMAS M. ELSBERRY**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2545

       Attorneys for Defendant

    Based on the Court's Opinion and Order (#22) issued December 5, 2008, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 5th day of December, 2008.

                                    /s/ Anna J. Brown
                                    _____
                                    ANNA J. BROWN
                                    United States District Judge